THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Rachel Hall, Respondent,
v.
Angel Rodriquez, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal from Richland County
 Joseph M. Strickland, Master-in-Equity

Memorandum Opinion No. 2012-MO-011
Heard March 21, 2012  Filed April 25,
 2012  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
James B. Richardson, Jr, and Steven R. Anderson, both
 of Columbia, for Petitioner.
William E. Booth, III, of West Columbia, for
 Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the
 court of appeals' decision in Hall v. Rodriquez, Op. No. 2009-UP-564
 (S.C. Ct. App. filed Nov. 30, 2009).  We now dismiss the writ as improvidently
 granted. 
 DISMISSED
 AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., PLEICONES, BEATTY, KITTREDGE, JJ., and Acting Justice James E. Moore,
 concur.